**HAMILTON SUNDSTRAND CORP.,**
**Plaintiff–Appellant,**

v.

**HONEYWELL INTERNATIONAL,**
**INC., Defendant–Appellee.**

No. 06–1069.

United States Court of Appeals,
Federal Circuit.

Jan. 4, 2006.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).